# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 7/31/2026 |
| Case: 8−26−72750−spg | Form ID: pdfall | Total: 25 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| UST TrAt | William J. Birmingham | william.birmingham@usdoj.gov |
| tr | Salvatore LaMonica, Esq. | sl@lhmlawfirm.com |
| aty | Heath S Berger | hberger@bfslawfirm.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Stanley J. Berke M.D. P.C. 1600 Stewart Avenue Suite 306 Westbury, NY 11590 |
| 10731148 | AdvancedMD Software Inc. 10377 S. Jordan Gateway #110 South Jordan UT 84095 |
| 10731149 | BioTissue Ocular Inc. 7300 Corporate Center Drive Suite 700 Miami FL 33126 |
| 10731151 | Citibank Credit Control LLC d/b/a Credit Control & Collections LLC 8001 Woodland Center Blvd Suite 200 Tampa FL 33614 |
| 10731150 | Citibank Credit Control LLC d/b/a Credit Control & Collections LLC 8001 Woodland Center Blvd Suite 200 Tampa FL 33614 |
| 10731152 | Forward Financing 53 State Street 20th Floor Boston MA 02109 |
| 10731153 | IRS Centralized Insolvency Operation 2970 Market Street Mail Stop 5 Q30−133 Philadelphia PA 19104 |
| 10731154 | June Castaerd 1260 Little Neck Avenue Bellmore NY 11710 |
| 10731155 | Kofler & Co CPAS PC 100 Merrick Road Suite 210E Rockville Centre NY 11570 |
| 10731156 | Lori Diakakis Kessler Matura P.C. 534 Broadhollow Road Suite 275 Melville NY 11747 |
| 10731157 | Marlin Leasing Corp dba PEAC Solutions 300 Fellowship Road Mount Laurel NJ 08054 |
| 10733557 | NEW YORK STATE DEPARTMENT OF LABOR 1220 WASHINGTON AVE BLDG 12, RM 256 ALBANY, NY 12226 |
| 10731158 | Nextech The Leviton Law Firm One Pierce Place Suite 725W Itasca IL 60143 |
| 10731159 | SBA 409 3rd Street SW Washington DC 20416 |
| 10731160 | Stanley J. Berke 990 Corporate Drive Apartment 534 Westbury NY 11590 |
| 10731162 | U.S. Small Business Administration 2 N. 20th Street Suite 325 Birmingham AL 35203 |
| 10731163 | U.S. Small Business Administration 2 North 20th Street Suite 320 Birmingham AL 35203 |
| 10731161 | U.S. Small Business Administration 801 Tom Martin Drive Suite 201 Birmingham AL 35211 |
| 10731165 | Westbury Success LLC Law Offices of Andrew L. Crabtree P.C. 225 Broadhollow Road Suite 303 Melville NY 11747 |
| 10731166 | Westbury Success LLC c/o ACC Real Estate Services Inc. 155 First Street Suite 104 Mineola NY 11501 |
| 10731164 | Westbury Success LLC c/o ACC Real Estate Services Inc. 155 First Street Suite 104 Mineola NY 11501 |

TOTAL: 21