UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re: | Chapter 11 |
| STANLEY BERKE, M.D. P.C. d/b/a BERKE EYE CARE, | Case No. 8-26-72750 (SPG) |
| Debtor. | **ORDER TO SHOW CAUSE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the Affirmation of Dara M. Hartman, dated August 11, 2026, the Memorandum of Law in Support of the motion by Westbury Success, LLC ("Westbury Success"), and the exhibits annexed thereto, and the Court having determined that sufficient cause exists for expedited consideration of this motion;

**LET** the Debtor, its counsel, the Office of the United States Trustee, and any other party requesting notice in this Chapter 11 case show cause before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on the ____ day of _____________, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, why an Order should not be entered:

(a) determining that the automatic stay imposed by 11 U.S.C. § 362(a) does not apply to the pending commercial holdover proceeding commenced by Westbury Success against the above-captioned Debtor in the District Court of Nassau County under Index Number LT-001730-26/NA because the Lease terminated prior to the Petition Date and is not property of the bankruptcy estate; or, alternatively,

(b) granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to permit Westbury Success to continue and conclude the pending commercial holdover proceeding in the District Court of Nassau County for the purpose of obtaining possession of the Premises

and enforcing any judgment of possession and warrant of eviction issued therein, without prejudice to Westbury Success's monetary claims in this Chapter 11 case; and

(c) for such other and further relief as the Court deems just and proper; and it is further

**ORDERED**, that service of a copy of this Order to Show Cause, together with the Affirmation of Dara M. Hartman, the Memorandum of Law, and all exhibits annexed thereto, by electronic filing through the Court's CM/ECF system on or before ____________, 2026, shall be deemed good and sufficient service thereof; and it is further

**ORDERED** that answering papers, if any, shall be served on Westbury Success's counsel, the Law Offices of Andrew L. Crabtree, P.C., 225 Broadhollow Road, Suite 303, Melville, New York 11747, and filed with the Court on or before _____________, 2026; and it is further

**ORDERED**, that any reply papers shall be filed with the Court and served upon counsel for the Debtor and the Office of the United States Trustee no later than ____________, 2026; and it is further

**ORDERED**, that any party served in accordance with this Order shall be deemed to have received adequate notice of the motion and of the hearing thereon; and it is further

**ORDERED**, that pending the hearing on this motion, nothing contained herein shall be deemed to modify, expand, or limit the automatic stay imposed by 11 U.S.C. § 362, and all rights of the parties are reserved pending determination of the motion.

Dated: Central Islip, New York
______________, 2026

______________________________
HON. SHERYL P. GIUGLIANO
United States Bankruptcy Judge

Submitted by:

/s/ Dara M. Hartman

Dara M. Hartman, Esq.
Andrew L. Crabtree, Esq.
Law Offices of Andrew L. Crabtree, P.C.
*Attorneys for Westbury Success LLC*
225 Broadhollow Road, Suite 303
Melville, New York 11747
(631) 753-0200

F:\Work\andrew\Westbury Success\Berke\bankruptcy\Order to Show Cause.docx