**Fill in this information to identify the case:**

Debtor name **Stanley J. Berke M.D. P.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **8-26-72750-spg**

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Operation**<br>**2970 Market Street**<br>**Mail Stop 5 Q30-133**<br>**Philadelphia, PA 19104**<br>Date or dates debt was incurred<br>**2024**<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>**Taxes**<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$5,640.71** | **$5,640.71** |
| 2.2 Priority creditor's name and mailing address<br>**Lori Diakakis**<br>**Kessler Matura P.C.**<br>**534 Broadhollow Road**<br>**Suite 275**<br>**Melville, NY 11747**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:<br>**Wages**<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **$0.00** |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor Stanley J. Berke M.D. P.C. Case number (if known) 8-26-72750-spg
Name

**3.1** Nonpriority creditor's name and mailing address
AdvancedMD Software Inc.
10377 S. Jordan Gateway #110
South Jordan, UT 84095
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$2,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Amnion
14 Pidgeon Hill Drive
Suite 110
Sterling, VA 20165-6155
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$2,254.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
BioTissue Ocular Inc.
7300 Corporate Center Drive
Suite 700
Miami, FL 33126
Date(s) debt was incurred _
Last 4 digits of account number C010

As of the petition filing date, the claim is: *Check all that apply.* **$16,806.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Citibank
Credit Control LLC
d/b/a Credit Control & Collections LLC
8001 Woodland Center Blvd Suite 200
Tampa, FL 33614
Date(s) debt was incurred _
Last 4 digits of account number 6455

As of the petition filing date, the claim is: *Check all that apply.* **$123,790.21**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Credit card
Is the claim subject to offset? ■ No ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Citibank
Credit Control LLC
d/b/a Credit Control & Collections LLC
8001 Woodland Center Blvd Suite 200
Tampa, FL 33614
Date(s) debt was incurred _
Last 4 digits of account number 8218

As of the petition filing date, the claim is: *Check all that apply.* **$86,493.37**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Credit card
Is the claim subject to offset? ■ No ☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Heartland
1 Heartland Way
Attn: Collections
Jeffersonville, IN 47130
Date(s) debt was incurred _
Last 4 digits of account number 5245

As of the petition filing date, the claim is: *Check all that apply.* **$1,129.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.7** Nonpriority creditor's name and mailing address
June Kasteard a/k/a June Bellomo
1260 Little Neck Avenue
Bellmore, NY 11710
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$3,076.85**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Breach of contract; Index no.: SC-000759-26/NH
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Stanley J. Berke M.D. P.C.** Case number (if known) **8-26-72750-spg**
Name

**3.8** Nonpriority creditor's name and mailing address
**Kofler & Co CPAS PC**
**100 Merrick Road**
**Suite 210E**
**Rockville Centre, NY 11570**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$18,800.00**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: **Services**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
**MRT Solutions & Communications**
**89 Cabot Court**
**Suite J**
**Hauppauge, NY 11788**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Services**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
**Nextech**
**The Leviton Law Firm**
**One Pierce Place**
**Suite 725W**
**Itasca, IL 60143**
Date(s) debt was incurred _
Last 4 digits of account number **4167**

As of the petition filing date, the claim is: *Check all that apply.* **$15,856.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
**SBA**
**409 3rd Street SW**
**Washington, DC 20416**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$75,126.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Loan**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
**Westbury Success LLC**
**c/o ACC Real Estate Services Inc.**
**155 First Street**
**Suite 104**
**Mineola, NY 11501**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$95,327.65**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: **Rental arrears; Index no.: LT-001730-26**
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Forward Financing**<br>**53 State Street**<br>**20th Floor**<br>**Boston, MA 02109** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Small Business Administration**<br>**801 Tom Martin Drive**<br>**Suite 201**<br>**Birmingham, AL 35211** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | U.S. Small Business Administration<br>2 North 20th Street<br>Suite 320<br>Birmingham, AL 35203 | Line 3.11<br>☐ Not listed. Explain ____ | _ |
| 4.4 | U.S. Small Business Administration<br>2 N. 20th Street<br>Suite 325<br>Birmingham, AL 35203 | Line 3.11<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Westbury Success LLC<br>Law Offices of Andrew L. Crabtree P.C.<br>225 Broadhollow Road<br>Suite 303<br>Melville, NY 11747 | Line 3.12<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 5,640.71 |
| 5b. Total claims from Part 2 | 5b. + | $ 440,960.60 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 446,601.31 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re: Chapter 11

STANLEY J. BERKE M.D. P.C.
D/B/A BERKE EYE CARE,

Case No.: 8-26-72750-spg

Debtors.
---------------------------------------------------------x

**AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)**

Heath S. Berger, attorney for the debtors herein, affirms as follows:

1. Debtor(s) filed a petition under Chapter 11 of the Bankruptcy Code on July 9, 2026.

2. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

3. If applicable, an amended mailing matrix is annexed hereto reflecting such changes as have been referred to above.

Dated: Syosset, New York
August 27, 2026

BFSNG Law Group LLP
Attorneys for Debtor

BY: ______________________________

Heath S. Berger, Esq.
6851 Jericho Turnpike
Suite 250
Syosset, New York 11791
(516) 747-1136

IN RE: STANLEY J. BERKE M.D. P.C. D/B/A BERKE EYE CARE

CASE NO. 8-26-72750-spg

CHAPTER 11

*SPECIFIC LIST SETTING FORTH THE CHANGES*

**SCHEDULE E/F-CREDITORS WHO HAVE UNSECURED CLAIMS**

**ADDITION:**

Amnion
14 Pidgeon Hill Drive
Suite 110
Sterling, VA 20165-6155

Heartland
1 Heartland Way
Attn: Collections
Jeffersonville, IN 47130

MRT Solutions & Communications
89 Cabot Court
Suite J
Hauppauge, NY 11788

**TO CORRECT NAME:**

From: June Castaerd
To: June Kasteard a/k/a June Bellomo

**TO INCLUDE:**

Index number for lawsuit with June Kasteard a/k/a June Bellomo

Amnion
14 Pidgeon Hill Drive
Suite 110
Sterling, VA 20165-6155

Heartland
1 Heartland Way
Attn: Collections
Jeffersonville, IN 47130

MRT Solutions & Communications
89 Cabot Court
Suite J
Hauppauge, NY 11788

June Kasteard a/k/a June Bellomo
1260 Little Neck Avenue
Bellmore, NY 11710

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In Re: Chapter 11

STANLEY J. BERKE M.D. P.C.
D/B/A BERKE EYE CARE, Case No.: 8-26-72750-spg

Debtors.
-----------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
:ss.
COUNTY OF NASSAU )

I , Dawn Profita, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Smithtown, New York.

On August 27, 2026, I served a copy of the within **AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a), SPECIFIC LIST AND AMENDED SCHEDULE E/F** by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known addresses set forth after each name:

**SEE ANNEXED SERVICE LIST:**

Dawn Profita

Sworn to before me this
27th day of August, 2026

Notary Public

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 2027

SERVICE LIST

U.S. Trustee
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza-Room 560
Central Islip, NY 11722

U.S. Trustee Trial Attorney
William J. Birmingham
Office of the United States Trustee-Region 2
560 Federal Plaza
Central Islip, NY 11722

Salvatore LaMonica, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Suite 201
Wantagh, NY 11793

Amnion
14 Pidgeon Hill Drive
Suite 110
Sterling, VA 20165-6155

Heartland
1 Heartland Way
Attn: Collections
Jeffersonville, IN 47130

MRT Solutions & Communications
89 Cabot Court
Suite J
Hauppauge, NY 11788

June Kasteard a/k/a June Bellomo
1260 Little Neck Avenue
Bellmore, NY 11710